IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00095-BNB

SCOTT E. JENNINGS,

Plaintiff,

v.

SHERIFF STAN HILKEY,
DEPUTY LT. DONNA DOUGHERTY, and
S. GRIMSBY, R.N. Medical Services,

Defendants.

F I L E D
UNITED STATES DISTRICT COURT
'VER, COLORADO

MAR ~ 7 2008

GREGORY C. LANGHAM
CLERK

---

ORDER DISMISSING CASE

---

Plaintiff, Scott E. Jennings, submitted to and filed with the Court on February 29, 2008, a letter asking to withdraw this case. It is not clear to the Court whether Mr. Jennings currently is incarcerated at the Mesa County Jail in Grand Junction, Colorado, or at the Buena Vista, Colorado, correctional facility. Therefore, the clerk of the Court will be directed to mail a copy of this order to Plaintiff at both facilities.

The Court must construe liberally the February 29, 2008, letter because Mr. Jennings filed the letter on his own behalf. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). The Court will construe the February 29 letter liberally as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse

party of an answer or of a motion for summary judgment." No response has been filed by Defendants in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.,* 388 F.2d at 507. Accordingly, it is

ORDERED that the letter that Plaintiff, Scott E. Jennings, submitted to and filed with the Court on February 29, 2008, asking to withdraw this case is construed liberally as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of February 29, 2008, the date the liberally construed notice of dismissal was filed in this action. It is

FURTHER ORDERED that the action is dismissed without prejudice. It is

FURTHER ORDERED that the clerk of the Court mail a copy of this order to Mr. Jennings, at both the Mesa County Jail in Grand Junction, Colorado, and the Buena Vista, Colorado, correctional facility.

DATED at Denver, Colorado, this 6 day of _____March_____, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-00095-BNB

Scott E. Jennings
Prisoner No. 127426
Mesa County Jail
PO Box 20000
Grand Junction, CO 81502

Scott E. Jennings
Prisoner No. 127426
Buena Vista Correctional Facility
PO Box 2017
Buena Vista, CO 81211

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/7/08  .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk